# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**ADSCEND MEDIA LLC,**

CASE NO. : 3:18-CV-00141-MPS

vs

*Plaintiff*

**DOGOOD MEDIA LLC, ET AL.,**

*Defendant*

## AFFIDAVIT OF SERVICE

State of Connecticut }
County of Hartford } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Connecticut

That on **01/31/2018** at **2:25 PM** at **40 Richards Avenue, 3rd Floor, Norwalk, CT 06854**

deponent served a(n) **Summons in a Civil Case, Complaint Jury Trial Demanded, Civil Cover Sheet, Amended Complaint Jury Trial Demanded, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, Notice to Counsel and Pro Se Parties**
on **Eric Farrell**

by delivering thereat a true copy of each to **Jerome Shimizu [CEO/Co-Worker]**, a person of suitable age and discretion who stated he can accept service. Said premises is defendant's actual place of business but he is not here often.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **40 Richards Avenue, 3rd Floor, Norwalk, CT 06854**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **02/01/2018 c/o DoGood Media LLC**

<u>Description of Person Served:</u>
Gender: Male
Skin: Asian
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.
Other:

Sworn to before me this 5th
day of February, 2018

_____
NOTARY PUBLIC

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2018

_____
Eric Rubin

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160